JS-6

FILED
CLERK, U.S. DISTRICT COURT

11/16/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# O R D E R

| | |
|---|---|
| CHRISTOPHER SHREVES, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-cv-04288-MWF-AS<br><br>STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>JUDGE: Hon. Michael W. Fitzgerald |

- 1 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

| | |
|---|---|
| DOUG KEALLY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>vs.<br><br>XUNLEI LIMITED, SEAN SHENGLONG ZOU, TAO THOMAS WU, J.P. MORGAN SECURITIES LLC, CITIGROUP GLOBAL MARKETS INC., AND OPPENHEIMER & CO. INC.,<br><br>Defendants. | No. 2:15-cv-04524-MWF-AS |

It is hereby stipulated that the above-captioned actions are dismissed without prejudice in their entirety. The parties shall bear their own attorneys' fees and costs.

- 2 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Dated: November 9, 2015

THE ROSEN LAW FIRM, P.A.

By /s/ Laurence M. Rosen
    LAURENCE M. ROSEN

Attorneys for Plaintiff
CHRISTOPHER SHREVES

Dated: November 9, 2015

SIMPSON THACHER & BARTLETT LLP

By /s/ Chet A. Kronenberg
    CHET A. KRONENBERG
    STEPHEN P. BLAKE
    JOANNE S. JENNINGS

Attorneys for Defendant
XUNLEI LIMITED

Dated: November 9, 2015

LATHAM & WATKINS LLP

By /s/ Patrick E. Gibbs
    PATRICK E. GIBBS

Attorneys for Underwriter Defendants
J.P. MORGAN SECURITIES LLC,
CITIGROUP GLOBAL MARKETS INC., and
OPPENHEIMER & CO. INC.

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

**SIGNATURE ATTESTATION**

I hereby attest that all other signatories listed and on whose behalf the filing is submitted concur in the filing's content and have authorized its filing.

Dated: November 9, 2015

/s/ Laurence M. Rosen

IT IS SO ORDERED.

DATED: November 16, 2015

_____
Michael W. Fitzgerald
United States District Judge

- 4 -

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE